UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL IVY, et al.,

    Plaintiffs,

v.

FAROOQ QASSIM MAYET, et al.,

    Defendants.

Case No. 14-cv-04879-HSG

**SCHEDULING ORDER**

A Case Management Conference in this action was held on June 2, 2015 before the undersigned. The following deadlines are set:

| Event | Deadline |
| --- | --- |
| Last Day to Amend Pleadings | Jul. 1, 2015 |
| Initial Expert Disclosures | Oct. 15, 2015 |
| Close of Discovery | Nov. 1, 2015 |
| Hearing Date for Dispositive Motions | Nov. 12, 2015 |
| Pretrial Conference | Jan. 19, 2016 |
| Trial | Feb. 1, 2016 |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 7/1/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge