
GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Scott R. Kaufman (SBN 190129)
Kaufman Law Offices, Inc.
140 Third Street
Los Altos, Ca 94022
Telephone: 650-383-6663
Facsimile: 650-383-6667

Attorneys for Plaintiffs
CRYSTAL IVY & CHENG SAEPHAN

CONSTANTINE P. TSAGARIS, Esq. (SBN 271628)
cptsagaris@amlawoffice.com
G. CHRIS ANDERSEN, Esq. (SBN 289008)
candersen@amlawoffice.com
**ANDERLINI & McSWEENEY LLP**
411 Borel Avenue, Suite 501
San Mateo, California 94402-3520
Telephone (650) 212-0001
Facsimile (650) 212-0081

Attorneys for Defendants
FAROOQ QASSIM MAYET (erroneously sued as Mayet Farooq Qassim), individually and dba RICHMOND AUTO SALES: and RAJESHWAR SINGH (erroneously sued as Singh Rajeshwar), individually and dba RICHMOND AUTO SALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND/SAN FRANCISCO DIVISION

-1-

**STIPULATION AND REQUEST TO CONTINUE THE SETTLEMENT CONFERENCE;**

**ORDER**                              **CASE NO. 4:14-CV-04879-HSG (EDL)**

| | |
|---|---|
| CRYSTAL IVY, an individual, and CHENG SAEPHAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MAYET FAROOQ QASSIM, individually and dba RICHMOND AUTO SALES, SINGH RAJESHWAR individually and dba RICHMOND AUTO SALES and DOES 1-50, INCLUSIVE. <br><br> Defendants. | Case No. 14-CV-04879-HSG (EDL) <br><br> STIPULATION AND REQUEST TO CONTINUE THE SETTLEMENT CONFERENCE; ORDER |

WHEREAS, Defendants have just recently received Plaintiffs' Settlement Demand with the amount of damages sought and are not in a position to participate in a meaningful settlement conference until conducting full discovery concerning the claims, defenses, and damages. To date, the parties had agreed keep discovery to a minimum until the Settlement Conference was held. However, given the demand sought by Plaintiffs, Defendants are not in a position to be able to participate in a meaningful Settlement Conference without to deposing Plaintiffs and serving and obtaining substantive responses to Request for Admissions, Special Interrogatories, and Request for Production of Documents.

WHEREAS, the parties agree to continue the Settlement Conference presently scheduled with the Court on July 24, 2015 until the Defendants have conducted sufficient discovery to be in positions to participate in a meaningful settlement conference.

NOW, THEREFORE, the undersigned parties hereby stipulate, agree, and respectfully request the Court to continue the Settlement Conference from July 24, 2015 to September 23, 2015.

IT IS SO STIPULATED.

| | |
|---|---|
| Date: July 23, 2015 | By: /s/ *Scott R. Kaufman, Esq.*<br>Scott R. Kaufman, Esq.<br>Attorney for Plaintiffs |
| Date: July 23, 2015 | By: /s/ *Constantine P. Tsagaris, Esq.*<br>Constantine P. Tsagaris, Esq.<br>Attorney for Defendants |

-3-

**STIPULATION AND REQUEST TO CONTINUE THE SETTLEMENT CONFERENCE;**

**ORDER**                                **CASE NO. 4:14-CV-04879-HSG (EDL)**

## ORDER

Based on the stipulation submitted by counsel and good cause appearing therefor: The Settlement Conference is continued from July 24, 2015 to September 23, 2015, subject to the Court's trial schedule.
~~IT IS SO ORDERED.~~

IT IS SO ORDERED.

Dated: ___July 23, 2015___

*/s/ Elizabeth D. Laporte*
HONORABLE ELIZABETH D. LAPORTE
JUDGE OF UNITED STATES DISTRICT COURT