GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Scott R. Kaufman (SBN 190129)
Kaufman Law Offices, Inc.
140 Third Street
Los Altos, Ca 94022
Telephone: 650-383-6663
Facsimile: 650-383-6667

Attorneys for Plaintiffs
CRYSTAL IVY & CHENG SAEPHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| **CRYSTAL IVY, an individual, and CHENG SAEPHAN, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**FAROOQ QASSIM MAYET , individually and dba RICHMOND AUTO SALES,  RAJESHWAR SINGH individually and dba RICHMOND AUTO SALES and DOES 1-50, INCLUSIVE.**<br><br>**Defendants**. | Case No.   4:14-cv-04879-HSG (EDL)<br><br>**STIPULATION TO ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION FOR LEAVE TO AMEND PLEADING TO NAME LATE-DETERMINED DOE DEFENDANT**<br><br>**Current Hearing Date: December 24, 2015**<br>**Current Hearing Time: 2:00 p.m.**<br>**Courtroom: 15**<br>**Judge: Hon. Haywood S. Gilliam, Jr** |

**TO THE HONORABLE HAYWOOD S. GILLIAM, JR, UNITED STATES DISTRICT COURT JUDGE:**

The undersigned parties, by and through their attorneys, hereby stipulate and agree as follows:

1. On November 17, 2015, Plaintiffs Crystal Ivy and Cheng Saephan filed a Motion to Amend the Pleading to name a recently-disclosed, previously-unknown Doe Defendant.

2. Currently appearing Defendants have no opposition to oppose Plaintiffs' Motion to Amend the pleadings.

3. Counsel for Plaintiffs and Counsel for the currently appearing Defendants seek to have this Motion heard on Shortened Time.

4. A hearing on this matter as early as possible is requested as trial is currently set for February 1, 2016, and Plaintiffs' Motion seeks to add a new party to this matter.

5. Counsel have met and conferred and seek to have Plaintiffs' Motion heard on the Court's Civil Calendar on December 1, 3, 8, or 10 at 2:00 p.m.

6. No briefing schedule is necessary as Defendants do not intend to oppose Plaintiffs' Motion.

oo0oo

Respectfully submitted:

Law Offices of Geoff Wiggs

Date:   November 18, 2015          _____
                                    Geoffrey E. Wiggs, Esq.
                                    Attorney for Plaintiffs
                                    CRYSTAL IVY & CHENG SAEPHAN


ANDERLINI & McSWEENEY LLP

Date:   November 18, 2015          _____
                                    Constantine P. Tsagaris
                                    Attorney for Defendants


Date:   November 18, 2015           /s/ Scott R. Kaufman
                                    Scott R. Kaufman
                                    Kaufman Law Offices, Inc.
                                    Co-Counsel for Plaintiffs
                                    CRYSTAL IVY & CHENG SAEPHAN

# ORDER

Having considered Plaintiffs' and Defendants' Stipulation to Order Shortening Time For Notice Of Hearing On Motion For Leave To Amend Pleading To Name Late-Determined Doe Defendant, and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Pleading To Name Late-Determined Doe Defendant will be heard on _____ at _____ .

No Briefing Schedule will be set as Defendants have indicated they have no opposition to Plaintiffs' Motion.

ooOoo

Date: _____



Haywood S Gilliam, Jr.
United States District Judge

-1-

ORDER ON STIPULATION FOR OST          Case : 4:14-cv-04879-HSG