CONSTANTINE P. TSAGARIS, Esq. (SBN 271628)
cptsagaris@amlawoffice.com
**ANDERLINI & McSWEENEY LLP**
411 Borel Avenue, Suite 501
San Mateo, California  94402-3520
Telephone (650) 212-0001
Facsimile (650) 212-0081

Attorneys for Defendants FAROOQ QASSIM MAYET, individually and dba
RICHMOND AUTO SALES; RAJESHWAR, SINGH
individually and dba RICHMOND AUTO SALES

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| CRYSTAL IVY, an Individual | Case No.: 3:14-cv-04879-HSG |
| Plaintiff, | |
| v. | **DEFENDANTS' REQUEST TO TELEPHONICALLY ATTEND CASE MANAGEMENT CONFERENCE; ORDER** |
| MAYET FAROOQ QASSIM, individually and dba RICHMOND AUTO SALES, SINGH RAJESHWAR individually and dba RICHMOND AUTO SALES and DOES 1-50, INCLUSIVE | |
| Defendant. | |

Counsel for Defendants FAROOQ QASSIM MAYET and RAJESHWAR SINGH

respectfully requests the Court's permission to telephonically appear at the Case Management

Conference on calendar for January 5, 2016 at 2:00 p.m.

Respectfully submitted,

DATE: __1/5/2016_____      NAME: */s/  Constantine P. Tsagaris_____*

CONSTANTINE P. TSAGARIS, Esq.
Attorneys for FAROOQ QASSIM MAYET,
individually and dba RICHMOND AUTO SALES,
RAJESHWAR SINGH individually and dba
RICHMOND AUTO SALES

- 1 -

DEFENDANTS' REQUEST TO TELEPHONICALLY ATTEND CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER

1      **ORDER**

2   Counsel for Defendants FAROOQ QASSIM MAYET and RAJESHWAR SINGH may

3   telephonically appear at the Case Management Conference on calendar for January 5, 2016 at 2:00

4   p.m.

5   IT IS SO ORDERED.

6

7   Dated: 1/5/2016

8   _____
    HONOR_____IAM, JR.

9   JUDGE_____COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**DEFENDANTS' REQUEST TO TELEPHONICALLY ATTEND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**