CONSTANTINE P. TSAGARIS, Esq. (SBN 271628)
cptsagaris@amlawoffice.com
**ANDERLINI & McSWEENEY LLP**
411 Borel Avenue, Suite 501
San Mateo, California  94402-3520
Telephone (650) 212-0001
Facsimile (650) 212-0081

Attorneys for Defendants FAROOQ QASSIM MAYET, individually and dba RICHMOND AUTO SALES; RAJESHWAR, SINGH individually and dba RICHMOND AUTO SALES

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| CRYSTAL IVY, an Individual<br><br>    Plaintiff,<br><br>    v.<br><br>MAYET FAROOQ QASSIM, individually and dba RICHMOND AUTO SALES, SINGH RAJESHWAR individually and dba RICHMOND AUTO SALES and DOES 1-50, INCLUSIVE<br><br>    Defendant. | Case No.: 3:14-cv-04879-HSG<br><br>**DEFENDANTS' REQUEST TO TELEPHONICALLY ATTEND CASE MANAGEMENT CONFERENCE; ORDER** |

    Counsel for Defendants FAROOQ QASSIM MAYET and RAJESHWAR SINGH respectfully requests the Court's permission to telephonically appear at the Case Management Conference on calendar for April 12, 2016 at 2:00 p.m.

                                        Respectfully submitted,

DATE: __4/11/2016_____         NAME: */s/  Constantine P. Tsagaris*_____

                                        CONSTANTINE P. TSAGARIS, Esq.
                                        Attorneys for FAROOQ QASSIM MAYET,
                                        individually and dba RICHMOND AUTO SALES,
                                        RAJESHWAR SINGH individually and dba
                                        RICHMOND AUTO SALES

- 1 -

**DEFENDANTS' REQUEST TO TELEPHONICALLY ATTEND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

**ORDER**

Counsel for Defendants FAROOQ QASSIM MAYET and RAJESHWAR SINGH may telephonically appear at the Case Management Conference on calendar for April 12, 2016 at 2:00 p.m. **Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.**

IT IS SO ORDERED.

Dated: April 11, 2016

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
JUDGE OF UNITED STATES DISTRICT COURT

**DEFENDANTS' REQUEST TO TELEPHONICALLY ATTEND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**