UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL IVY, et al.,

    Plaintiffs,

  v.

FAROOQ QASSIM MAYET, et al.,

    Defendants.

Case No. 14-cv-04879-HSG

**SCHEDULING ORDER**

A Case Management Conference in this action was held on April 12, 2016 before the undersigned. The following deadlines are set:

| Litigation Event | Court Deadline |
| --- | --- |
| Fact Discovery Cutoff | July 15, 2016 |
| Initial Expert Disclosures | July 29, 2016 |
| Rebuttal Expert Disclosures | August 12, 2016 |
| Expert Discovery Cutoff | August 26, 2016 |
| Dispositive Motion Hearing Deadline | October 13, 2016 at 2:00 p.m. |
| Pretrial Conference | January 3, 2017 at 3:00 p.m. |
| Jury Trial | January 17, 2017 at 8:30 a.m. 3 days |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 4/12/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge