# UNITED STATES DISTRICT COURT

Northern **District of** California

Crystal Ivy

Plaintiff (s),

V.

Mayet Farooq Qassim, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:14-CV-04879-HSG-EDL

Notice is hereby given that, subject to approval by the court, HPM Investments, Inc. substitutes
(Party (s) Name)

Andrew V. Stearns, State Bar No. 164849 as counsel of record in
(Name of New Attorney)

place of Andrew V. Stearns
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Robards & Stearns
Address: 718 University Ave., Ste. 216, Los Gatos, CA 95032
Telephone: (408) 214-6432   Facsimile (408) 560-9592
E-Mail (Optional): astearns@RobardsStearns.com

I consent to the above substitution.
Date: 10/14/2016

(Signature of Party (s))

I consent to being substituted.
Date: 10/14/2016

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/14/2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**