1   GEOFFREY E. WIGGS (SBN 276041)
    LAW OFFICES OF GEOFF WIGGS
    1900 S. Norfolk St, Suite # 350
2   San Mateo, Ca 94403
    geoff@wiggslaw.com
3   Telephone: (650) 577-5952
    Facsimile: (650) 577-5953

4
    Scott R. Kaufman (SBN 190129)
5   Kaufman Law Offices, Inc.
    140 Third Street
6   Los Altos, Ca 94022
    Telephone: 650-383-6663
7   Facsimile: 650-383-6667

8   Attorneys for Plaintiffs
    CRYSTAL IVY & CHENG SAEPHAN

9

10                  UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA - OAKLAND/SAN FRANCISCO DIVISION

11

12                                        )
    **CRYSTAL IVY, an individual, and**   )
    **CHENG SAEPHAN, an individual,**     )   Case No.  3:14-cv-04879-HSG (EDL)
13                                        )
                                          )
14          **Plaintiffs,**               )   **ORDER RE: JOINT STIPULATION**
                                          )   **DISMISSING ACTION WITH PREJUDICE**
15  **v.**                                )   **AND REQUEST FOR RETENTION OF**
                                          )   **JURISDICTION**
16  **FAROOQ QASSIM MAYET ,**             )
    **individually and dba RICHMOND**     )
17  **AUTO SALES,  RAJESHWAR SINGH**      )   Fed. R. Civ. P. 41(a)(1)(A)(ii)
    **individually and dba RICHMOND**     )
18  **AUTO SALES, HPM INVESTMENTS,**      )
    **INC., a California Corporation, and** )
19  **DOES 2-50, INCLUSIVE,**             )
                                          )
20          **Defendants**.               )
                                          )
21  _____)

22

23

24

25

26

27

28
    ─────────────────────────────────────────────────────────────────────
    [PROPOSED] ORDER RE: JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE AND REQUEST
    FOR RETENTION OF JURISDICTION                                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having considered the Parties' Joint Stipulation to Dismiss the Action With

Prejudice and Request for Retention of Jurisdiction, and good cause appearing

therefore, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice

and this Court shall retain jurisdiction over this action for the limited purpose of

enforcing the terms of the Settlement Agreement reached between the Parties.

**IT IS SO ORDERED.**

Dated: 12/7/2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge

---

[PROPOSED] ORDER RE: JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE AND REQUEST
FOR RETENTION OF JURISDICTION                                                                 2